# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PAMELA S. MORRIS-PARKER,

    Plaintiff,

v.                                        Case No: 8:20-cv-2017-CEH-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Nicholas P. Mizell on August 11, 2022 (Doc. 27). In the Report and Recommendation, Magistrate Judge Mizell recommends that the decision of the Commissioner be affirmed pursuant to sentence four of 42 U.S.C. § 405(g), and that the Clerk of Court be directed to enter judgment, terminate any pending motions and deadlines, and close the case. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED,** pursuant to sentence four of 42 U.S.C. § 405(g),

(3) The Clerk is directed to enter judgment accordingly, terminate all pending motions and deadlines, and close this file.

**DONE AND ORDERED** at Tampa, Florida on August 27, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Nicholas P. Mizell
Counsel of Record